# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 13, 2013

## NO. 03-13-00173-CV

**City of Smithville, Appellant**

**v.**

**Thomas Watts, Appellee**

## APPEAL FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY
### BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
### REVERSED AND RENDERED -- OPINION BY JUSTICE GOODWIN

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that the trial court lacked subject matter jurisdiction over Thomas Watt's claims against the City of Smithville: **IT IS THEREFORE** considered, adjudged and ordered that the trial court's order is reversed, and judgment is rendered that Watts's claims be dismissed for lack of subject matter jurisdiction. It is **FURTHER** ordered that the appellee pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.